Decision Per Curiam.

Freda K. Robinson, et al., Appellants. v. Philip Tischler, et al., Appellees.

(Supreme Court of Florida, Division A, July 26. 1905.)

Appeal from Circuit Court Duval County; Rhydon M. Call, Judge.

*Bryan & Bryan* and *M. C. Jordan,* for Appellants.

*J. E. Hartridge* and *E. P. Axtell,* for Appellees.

The bill in this cause was filed by the Appellants against the Appellees. There was decree for the defendants and the complainants appealed. Decree affirmed.